IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LINDA CLARK,

   Plaintiff,

     v.

JOHN E. POTTER, Post Master General,

   Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-201-TWT

ORDER

This is a pro se Title VII employment discrimination action brought by an employee of the United States Postal Service. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending that the Defendant's Motion for Summary Judgment [Doc. 17] be granted. The Plaintiff's Objections to the Report and Recommendation are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 17] is GRANTED. The Plaintiff's Motion for Sanctions [Doc. 26] is DENIED.

SO ORDERED, this 29 day of August, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge